

Entered on Docket
April 18, 2011

_____
**Hon. Mike K. Nakagawa**
~~United States Bankruptcy Judge~~

1. KATHLEEN A. LEAVITT
   ~~CHAPTER 13 STANDING TRUSTEE~~
2. 201 Las Vegas Blvd SouthSuite 200
   Las Vegas, NV  89101
3. (702) 853-0700

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>**MARIO PROENZA**<br><br>**Debtor**<br><br>**PRO SE DEBTOR**<br>**Attorney for Debtor** | Chapter 13<br>BKS-11-12539-MKN<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### EX-PARTE ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO 11 U.S.C. SECTION 521(i)

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan as required within the forty-five (45) day period, which expired on April 11, 2011.

. . .

. . .

. . .

1

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is
2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as
4 and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
8 KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: April 13, 2011
9 (CJY)